**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
Tel: (732) 549-5600
Fax: (732) 549-1881
Attorneys for Defendants, Kennedy Funding, Inc.,
Jeffrey Wolfer, Gregg Wolfer, and Kevin Wolfer

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| East Fork Investment Group, LLC,<br><br>          Plaintiff,<br>v.<br><br>Kennedy Funding, Inc., Jeffrey Wolfer, Kevin Wolfer, Gregg Wolfer, and John Doe 1-10,<br><br>          Defendants. | Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Madeline Cox Arleo, U.S.M.J.<br><br>Civil Action No. 2:09-cv-1193<br><br><br><br>**_Consolidated For Discovery With:_** |
| High Grove Development, LLC,<br><br>          Plaintiff,<br>v.<br><br>Kennedy Funding, Inc., Jeffrey Wolfer, Kevin Wolfer, Gregg Wolfer, and John Doe 1-10,<br><br>          Defendants. | Civil Action No. 2:09-cv-1361<br><br><br><br>**CASE MANAGEMENT ORDER** |

THIS MATTER having been heard on May 24, 2010, the Honorable Madeline

Cox Arleo, U.S.M.J., having conducted a telephonic case management conference on

that date; and Robert T. Trautmann, Esq., of Trautmann & Associates, LLC, attorneys

for plaintiffs, and Olivier Salvagno, Esq., of Greenbaum, Rowe, Smith & Davis LLP,

attorneys for defendants, participating; and the Court having determined to enter an Order in connection with the management of this matter; and for good cause having been shown;

IT IS on this _27ᵗʰ_ day of May, 2010,

ORDERED that the Court's previous Scheduling Orders in the above-captioned cases are hereby amended to reflect that fact discovery in these matters shall remain open until **September 1, 2010**; and

IT IS FURTHER ORDERED that all affirmative expert reports shall be served on or before **October 1, 2010**; and

IT IS FURTHER ORDERED that all responsive expert reports shall be served on or before **November 1, 2010**; and

IT IS FURTHER ORDERED that the Court shall conduct a telephonic status conference on **July 15, 2010 at 4:30 p.m.** Defendants' counsel shall initiate the conference.

_____
Hon. Madeline Cox Arleo, U.S.M.J.

2