NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

—————————————————————
                                   :

EAST FORK INVESTMENT GROUP, LLC,   :

                               :

            Plaintiff,            :       Civil Action No. 09-1193 (SDW)

                               :

            v.                   :

                               :       **ORDER**

KENNEDY FUNDING, INC., et al.,      :

                               :

                               :       May 18, 2011

            Defendants.        :

                               :

—————————————————————

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on May 2, 2011. The R&R addresses plaintiff East Fork Investment Group, LLC's ("Plaintiff") demonstrated unwillingness to prosecute this action and non-compliance with the Court. No objections have been filed to the R&R.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed May 2, 2011, is **ADOPTED** as the conclusions of law of this Court; and it is

**ORDERED** that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.


Orig:   Clerk
cc:      Judge Arleo
           Parties

2